IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BRYAN WILKINSON,

    Plaintiff,                    No. CIV S-02-1493 DFL GGH P

    vs.

JEFF HARADA, et al.,

    Defendants.              <u>ORDER</u>

/

        Currently pending before the court is defendants' December 3, 2004 motion for summary judgment. Pending adjudication of the motion, which will occur assuming plaintiff's compliance with any pending court order, the dates for the pretrial conference before the undersigned, previously set for March 25, 2004, and the trial before the Honorable David F. Levi, previously set for June 13, 2005, in the June 30, 2004 scheduling order, are hereby vacated to be re-scheduled, if appropriate.

        IT IS SO ORDERED.

DATED: 5/4/05                        /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
wilk1493.vac